**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT S. JOHNSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 3996 |
| | ) | JUDGE GUZMÁN |
| GDF, INC. d/b/a DOMINO'S PIZZA | ) | |
| | ) | |
| Defendant. | ) | |

**TABLE OF CONTENTS TO APPENDIX**

**EXHIBIT**   **DESCRIPTION**

A   Joint statements (LR54.3, N.D. Ill.) regarding attorney's fees and costs

    A-1.  As of November 23, 2009
    A-2.  As of May 30, 2010

B   Correspondence between attorneys regarding time and billing records

    B-1.  Plaintiff's letter dated May 28, 2010
    B-2.  Defendant's letter of March 15, 2010 with objections
    B-3.  Defendant's letter of July 7, 2010 with objections

C   Defendant's time and billing records through 2/18/10

D   Plaintiff's attorney's time and billing records (current)

E   Statement of costs advanced for plaintiff with supporting vouchers (current)

F   Plaintiff's contingent fee agreement and notice of attorney's lien

    F-1.  Fee agreement
    F-2.  Notice of attorney's lien with certified mail return receipt

G   Analysis of Rossiello & Associates hourly time spent by attorney

| | |
|---|---|
| H | Analysis of Rossiello & Associate time spent by activity |
| I | Defendant's exhibit, Cook County order awarding attorney's fees in <u>Robert S. Johnson v. GDF, Inc.</u>, No. 05CH7990 (Cook Co., Ill.) (July 14, 2008). |
| J | Fee agreements with Rossiello and bills of hourly paying clients in similar cases |

      J-1. Fonda Ryan fee agreement dated January 14, 2005
      J-2. Christopher Androvic fee agreement dated June 21, 2004
      J-3. Rossiello bill to Courtney Herbert dated April 14, 2010 for $620.00 per hour in attorneys fees

K      Current affidavits of market rates Abrahamson in support of plaintiff's motion for attorney's fees

      K-1. Richard H. Schnadig
      K-2. George C. Pontikes
      K-3. Vicki Lafer Abrahamson
      K-4. Stephen D. Erf

L      Past affidavits regarding attorneys fees and judgment orders

      L-1. Philip C. Stahl affidavit in <u>Mercado v. Midwest Computer, Inc.</u>, No. 99 C 1240, dated June 5, 2000
      L-2. Stephen D. Erf affidavit in <u>Lott v. Bolzanos of East Hazel Crest LLC</u>, No. 04 C 3597, dated February 8, 2005
      L-3 Judgment order, <u>Mercado v. Midwest Computer, Inc.</u>, No. 99 C 1240, dated July 28, 2000
      L-4 Judgment order, <u>Lott v. Bolzanos of East Hazel Crest LLC</u>, No. 04 C 3597, dated April 8, 2005
      L-5 Judgment order, <u>Rolark v. Up II Par Investment, Inc.,</u> No. 04 C 3194 dated, April 26, 2005
      L-6 Judgment order, <u>Maksymowicz v. Zoom Graphics, LLC</u>, No. 09 C 5365, January 21, 2010

M      Affidavit of Ernest T. Rossiello (current)

N      In <u>Avitia, et al. v. The Metropolitan Club</u>, No, 88C6965 (N.D. Ill.), order awarding attorneys' fees and findings of fact and conclusions of law, following contested hearing on market rates in district court, after verdict for plaintiffs in FLSA overtime and retaliation case. [Awarding equivalent of $280.00/per hour as 1996 current market rate.]

      N-1. Order awarding attorneys' fees dated April 4, 1996

|   |   |
|---|---|
| N-2. | Findings of fact and conclusions of law dated March 26, 1996 |

O    Judgment documents in <u>Kimberly Davis v. EIT</u>, No. 06C5913 (N.D. Ill.) following two-day jury trial resulting in verdict (July 22, 2008) for plaintiff in Title VII retaliation case. No appeal taken; judgment paid after denial of motion for new trial.

    O-1.    Cover letter dated September 5, 2008
    O-2.    Copy of check for $138,376.78 dated October 20, 2008
    O-3.    Time records for services billed and paid at $620.00 hourly

P    Settlement documents in <u>Lashonica James v. Illinois Mentor, Inc.</u>, Gen. No. 2005L14284 (Cook Co., Ill.), a Whistleblower Act, 740 ILCS 174/15 (2005), case billed at rates between $540.00 and $585.00, following contested hearing in state court over plaintiff's objection to fees

    P-1.    Cover letter dated October 5, 2007
    P-2.    Copy of payment check to Mr. Rossiello
    P-3.    Settlement agreement
    P-4.    Time records showing services between December 2005 and October 2007

Q    Settlement documents in a Whistleblower Act, 740 ILCS 174/15 (2005), case, <u>William Wide v. DNJ Intermodal Company</u>, Gen. No. 2006L011345 (Cook Co., Ill.), showing records where between $585.00 and $625.00 was billed and paid in November 2007 to Mr. Rossiello

    Q-1.    Settlement agreement
    Q-2    Settlement check
    Q-3.    Time records

R    Order and attorney fee award, <u>In Re: Monica deStefano v. E.L. Johnson Investigations, Inc.</u>, ALS No. 12079, Illinois Human Rights Commission (November 12, 2003), awarding $500.00 per hour requested.

S    Attorney's fee awards

    S-1.    Order dated March 31, 1997, awarding attorneys' fees in <u>Karen Baker v. Purcell & Wardrope</u>, No. 96 C 6892 (N.D. Ill.) following verdict for plaintiff in Title VII Pregnancy Discrimination Act case. (Dated March 31, 1997
    S-2.    Order dated March 15, 1996 in Tracy Dunning v. Simmons Airlines, Inc., No. 92 C 2604 (N.D.Ill.)

T    Attorney's fee award, <u>Anderson v. Garvey</u>, No. 99C2827 (N.D. Ill.), dated

    July 28, 1999

| | |
|---|---|
| U | Attorney's fee award, <u>Folkers, et al. v. Professional Protection Specialists</u>, No 01 C 6042 (N.D. Ill.), dated October 10, 2002 |
| V | Attorney's fee awards |

    V-1. Fee award, <u>Garcia, et al. v. CarEnterprises, Inc</u>., 97 CH 1763 (Cook Co., Ill.) (Dated September 28, 1999)
    V-2 Order and motion, <u>Matos v. Richard Nellis, Inc</u>. 90 C 2067 (N.D. Ill.) (Dated June 19, 1998)

| | |
|---|---|
| W | Attorney's fee award, <u>Barnett v. Sandpiper, Inc.</u>, No.95C7547 (N. D. Ill.) (dated October 30, 1996), following verdict for plaintiff in Title VII Pregnancy Discrimination Act case, dated October 31, 1996 |
| X | Attorney's fee award, <u>Alberto Reyes and Ricardo Tapia v. Kings Point General Cement</u>, 09 C 1677 (N.D. Ill.), dated January 28, 2010 |
| Y | Current affidavit of Janet M. Ahlgren with Exhibit, note of email from AT&T regarding voicemail message left by plaintiff from defendant's attorney's office on October 26, 2009 for Mr. Rossiello |
| Z | Copy of email from AT&T showing call originating from Rothchild law firm telephone number |

4