

# United States District Court
# Northern District of Illinois

In the Matter of

Robert S. Johnson

v.

G.D.F. Inc., et al

Magistrate Judge Jeffrey T. Gilbert

Case No. 07-CV-3996

Assigned Judge
District Judge Ronald A. Guzman

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
### FOR REFERRAL TO ANOTHER MAGISTRATE JUDGE

I recommend to the Executive Committee that the reference above captioned case be reassigned to another magistrate judge of this Court. The reasons for my recommendation are indicated on the reverse of this form.

**Magistrate Judge Morton Denlow**

Date: Monday, March 12, 2012

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned by lot to the calendar of an individual judge of this Court in accordance with the Rules.

ENTER

FOR THE EXECUTIVE COMMITTEE

**Chief Judge James F. Holderman**

Dated: Monday, March 12, 2012

Magistrate Recusal - Referral Magistrate to Magistrate

## Reason(s) For Recommendation:

- In accordance with Internal Operating Procedure 14(B) I recuse myself from this case assigned to my calendar pursuant to Local Rule 72.1 or Local Criminal Rule 50.3(D) for the reasons specifically set forth below:

In light of this Court's prior report and recommendation which was adopted by the district court and reversed by the Seventh Circuit Court of Appeals, the Court recuses itself in the interest of justice.